

FILED
CLERK, U.S. DISTRICT COURT
MAY 30 2023
CENTRAL DISTRICT OF CALIFORNIA
BY  AF  DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GILLERMO VASQUEZ-LANDAVER, <br><br> Defendant. | Case No. 23-MJ-2778 <br><br> ORDER OF DETENTION <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. §§ 3143(a)(1), 3148(b)] |

I.

On May 30, 2023, Defendant Guillermo Vasquez-Landaver made his initial appearance in this district following his arrest on the petition for revocation of supervised release and warrant for arrest issued in the District of Maine on November 10, 2021. Deputy Federal Public Defender Georgina Wakefield was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Kenneth Carbajal. A detention hearing was held.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ allegations in the petition: while on supervised release, Defendant was charged with and convicted of driving under the influence of alcohol, use of alcohol and possession and use of cocaine.

    ☒ unstable residential history

    ☒ use of aliases, name variations, and different dates of birth and social security numbers

    ☒ previously absconded from supervision

B.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ criminal history includes convictions for narcotics, robbery and immigration violations

    ☒ admitted drug use

III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal to be removed to the District of Maine.

<u>The Court directs government counsel to follow up with government counsel in the charging district regarding Defendant's next scheduled date, and provide this information to DFPD Wakefield in order to monitor the status of defendant's transportation to, and arrival in, the charging district for his next appearance.</u>

Dated: May 30, 2023

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE